FILED
2021 Aug-27 PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DON CASH

        PLAINTIFF,

    vs.

2:21-CV-1175-GMB

U.S. DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT (H.U.D.)
DIRECTOR MARCIA FUDGE

PRES. DAVID NORTHERN- BIRMINGHAM DISTRICT
LARRY DAVIS- H.U.D. SUPERVISOR INSPECTOR
VORNCELLA HOOKS- H.U.D. INSPECTOR
STEVE DAVIS- H.U.D. INSPECTOR


INTEGRAL PROPERTY MANAGEMENT LLC.
CHAIRMAN/FOUNDER- EGBERT LJ PERRY
JOHN DUNNAM-CONSULTANT PARK PLACE APT.
W,X,Y,Z, et. al...

       DEFENTANTS

**Plaintiff Address:** DON CASH

2512 6th Ave. North

Birmingham, Al. 35203

**Defendants Address :** U.S. Department of Housing and Urban
Development
451 7th Street S.W.
Washington, D.C. 20410

Birmingham District of Housing Authority
1301 25th Ave. North
Birmingham, Al. 35204-1147

Integral Property Management llc.
191 Peachtree Street NE
Suite 4100
Atlanta, Ga. 30303

2.

Violation of Constitutional and Civil Rights under U.S.C.
14th Admendment under the Fair Housing Act and
The Civil Rights Act of 1964 and 1983................

1. This is a civil suit brought pursuant to (a.) United States of America Constitution (b.) Further, this civil suit is brought pursuant to the deprivation of rights, privileges or Immunities afforded to me under the constitution or Laws of the United States of America.

2. Plaintiff, Don Cash, is a U.S. Citizen over the age of 21years.

3. Plaintiff, being unverse at law, motion this honorable court to appoint me an attorney in this civil action ?

4. Plaintiff, request a trial by jury ?

5. I Don Cash, is filing this civil lawsuit against the above name defendants for their violation and deprivation of my Civil and Constitutional rights as a taxpaying citizen....................

3.

6. Let me start this lawsuit by informing this honorable court,

that I am a **Senior Citizen,** a **Honorable Discharged Veteran**..........................................

who is **Disable,**I suffer from a **Heart Condition, High Blood Pressure & Diabetes. Father, Grand-Father,**

**Civil RightsFoot-Soldier**........................

7. This list of my medication that I take daily.
    (a) METOPROLOL SUCC ER- 50mg - Once a day........
    (b) ISOSORBIDE DINITRATE- 20mg - Twice a day.....
    (c) LISINOPRIL- 40mg- Once a day.........
    (d) ELIQUIS- 5mg- Twice a day............
    (e) METFORMIN HCL-500mg-Twice a day..............
    (f) HYDRALAZINE HCL- 10mg- Twice a day.................
    (g) EMPAGLIFLOZIN-25mg - Once a day...................
    (h) FUROSEMIDE - 40mg - One Tablet every other day....
    (i) ATORVASTATIN CALCUIM- 40mg -Once a day.....
    (j) DILTIAZEM- 360mg- Once a day...................................

This list ties directly into the violations of my rights by the

above named defendants...

I want to also inform this honorable court, that I was force

into becoming homeless by a greedy landlord who sold his

4.

property and the new owner evicted all the tenants. So, this is how I ended up moving to Park Place four years ago. I love it here and I only have one complaint the entire four years and that is the **AIR CONDITIONER!** During the month of June I started taking photos of my thermostat reading six times. Starting on June 24 my unit went out and the reading was 84 & 85 degrees, On June 25th the reading was 84 and 86 degrees, on June 26th the was 86 degrees, on June 28th the reading was 85 degrees and I took two photos of the inside unit showing the condition of the unit. What has brought me to this point, on June 24th my air conditioner went out, I call the emergency number made a reported. On June 25th at 13:20 hrs. I call the rent office and Mr. Dunnam answer and I told him that it was 83 degrees in my apartment, he told me that he would let maintenance know.

5.

He made it sound as if he was tired of me complaining. 13:30 hrs. I call my Veteran rep. Ms. Amy Marshall, I told her my problem and she suggested that I file a formal complaint. 14:05 hrs. I went to Ms. Marshall ofc. and she gave me the forms and I went out to my car, fill out the forms and place it in the drop off box.........

On July 1st at 15:42 hrs. I got a call from Ms. Vorncella Hooks, She wanted my email so that she could send me a copy of the email she sent to Park Place on July 1st 2021. 16:33 hrs. I got Ms. Vorncella, email. I am disturb by the fine print in her email informing me that since I file the inspection complaint and if the landlord refuse to fix the problem and they disqualified the unit and I continue on staying in the unit, then I will be responsible for the entire portion of the following month rent. So I am being punish for filing a **Formal Complaint with H.U.D.!!!!!!!**

6.

Please keep in mind that I am under the **H.U.D. VASH** program which is a program design to help **Homeless Veterans** and I became a homeless Veteran when that **SLUMLORD** evicted all his tenants. On July 2nd I got a call from Mr. Dunnam informing me that he was sending someone over to take care of your air conditioner, oh yeah! I got the **FORMAL COMPLAINT** you filed with H.U.D. real **SARCASTIC!!**

Later that day, maintenance came out and put some more Fre-On in the outside unit. What does this say about Mr. Dunnam and the founder of this company Mr. Egbert LJ Perry it seems as if there is an incentive for not repairing big ticket items, just do a patch up job, especially on the units housing the Homeless Veterans under the H.U.D. VASH program. The only other thought that comes to my mind is that Mr. Dunnam is discriminating against me by **RETALIATING** against me for

7.

filing that formal complaint against Park Place with H.U.D.

He violated my Constitutional Rights under the Fair Housing

Act. Under the lease clause on pages 5 of 7, titled

Responsibilites  of Owner and Resident- under clause 32.

**RESPONSIBILITIES OF OWNER**, items (2) maintain

fixtures, furniture, hot water, heating and  A/C equipment;

(3) comply with the requirements of applicable building and

housing codes materially affecting **health and safety**, and **Fair**

**housing:** and

(4) make all **reasonable repairs,** subject to your obligation to

pay for damages for which you are liable....................................

The founder Mr. Perry, lease, violated my Constitutional and

Civil Rights by directly forcing me to agree to give up my rights

to have a trial by jury. In clause 42, on pages 6 of 7, shows you

how this " **SLUMLORD** " force me to initial this clause in

8.

order for me to secure shelter or remain a **HOMELESS VET!**

Clause # 42, titled: **WAIVER OF JURY TRIAL!** To

minimize legal expenses, **you** and **we agree** that a **trial** of any

**lawsuit**, shall be to a **judge** and not a **jury**.................................

This is where The Department of H.U.D. drop the ball on

protecting the **AMERICAN HOMELESS VETERANS** under

it's **HUD/VASH** program by having this **SLUMLORD**

Mr. Egbert LJ Perry, founder of **INTEGRAL PROPERTY**

**MANAGEMENT LLC.** escape being held accountable for the

violations of renters Constitutional and Civil Rights by his

management staff and employees. This is why  clause 42,

should  be deleted from it's leasing forms.....

On July 7th the inside unit froze up again, I took two photos

showing the Ice stuck on the unit. One day after being release

from the hospital having my heart shock back into rhythm. On

9.

July 15th the thermostat read 79 degrees. I call the emergency number and reported. On July 16th the thermostat was reading 83 and 84 degrees. On July 18th the reading was 82 degree. On July 19th the reading was 80 degree. On July 20th I took two reading photos 83 and 85 degree and one of the inside unit showing the condition. Maintenance finally came out and put some more Fre-On into the outside unit which it takes five minutes. Each time I call the rent office Mr. Dunnam, would pick up and when I tell him that the Fre-On has been blown out again, he tells me that he would put in a work order and that they will get to in the order that you reported the issue. I been reporting the same issue for four years. Please keep in mind that I was trying to recuperate for the week out of the hospital with no air conditioner. The mental and physical stress was unbearable, just like it is today drafting up this lawsuit it's 88

10.

degrees. July 21st maintenance came out and put some more Freon in the outside unit. On July 27 & 28th I took two photos of the Ice pack on my inside unit. On July 31, I took two photos of the thermostat 81 & 83 degrees. On August 1, I took two photos of my thermostat 85 & 86 degrees..........

On August 2nd I call Mr. Larry Davis office and got no answer. I left him a message, that A/C unit had a block of ice on it. As of this filing, he has not return my called. Then, I called Mr. Steven Davis, he told that he was in the field and it's nothing he can do for me. Then I ask him why did he give Mr. John Dunnam a letter informing him that the repair job that was done on my A/C has pass the Department of Housing Quality Standards inspection and **is in compliance with program requirements.** This letter is dated: July 22, 2021.Then I call the rent office and

11.

when I told the young lady my address, she scream out my full name and I told her that I needed someone to and check on my A/C unit. She told me she will put in a work order. Sounds familiar.....................

On August 4th Ms. Vorncella call and ask me was my A/C unit working? I told her No! My A/C has not work since July 27th . Today makes nine days and the month of July was the hottest ever recorded . Ms. Hooks, ask did I want to file another formal complaint? I told her yes. 0n August 10th at 010:57 hrs. maintenance showed up and put some more Fre-On in the outside unit. After the maintenance guy finish with putting in the Fre-On in the outside unit, he came inside my apartment and seal up the inside unit because the air from blower was blowing out of a hole in the unit. Then, he inform me that my unit needed a core in it, now the managers been knowing this for four years.

12.

On August 11th the temp. was 92 degrees, with the heat index it was up to 105 degees...............

On August 12th the temp. 92 degrees, the heat index was 102 degrees. At 16:28 hrs. I took photo of my thermostat it was 81 degrees. The Fre-On blew out again !!!!

I call the emergency line and left a message concerning my A/C. 19:45 hrs. my nose begin to bleed uncontrollable for about an hour, I thought I was leaving this world..................................

08:01 hrs. FRIDAY 13th !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! I took a photo of my thermostat it read 82 degrees. Heat index 102.......

At 13:27 hrs. maintenance guy came by and put some more Fre-On in my outside unit. The temp. at that time was 85 degrees. At 20:00 hrs. the temp. was 79 degrees six and half hours later. But, Mr. Steve Davis, gave Park Place passing grade for their repair of my A/C unit......................................

13.

On August 15th at 21:31 hrs. I call the emergency line and reported that my A/C unit was blowing out hot air and the temp. was up to 82 degrees.....................................................................

On August 16th Ms. NaKendria Henderson, call and ask has my A/C been repaired? I told her no. She told me that the reason she call was that she saw a work order in the office and was just checking to see had it been taken care of, she told me that she would put it where it could be seen. I thank her and we hung up.

On August 17, my apartment morning temp. was 82 degrees and it went up to 87 degrees by 15:30 hrs......................................

On August 18th this morning temp. was 84 degrees!!!

At 21:22 hrs. the temp. was up to 88 degrees !!!!!!!!!!!!!!!!!!!!

On August 19th at 07:45 hrs. the temp. was 85 degrees !!!!!!!!!!!

At 21:40 hrs. the temp. was 84 degrees !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Please your honor, bear with me, I am making a point to show

14.

that Mr. Steven Davis, H.U.D. inspector " **FALSIFIED GOVERNMENT DOCUMENTS!!!!**" With the letter he gave to Mr. John Dunnam in the month of July, with his supervisor Mr. Larry Davis and Ms. Vorncella Hooks having full knowledge.................................................................................

On August 20th at 08:58 hrs. the morning temp. was 82 degrees!!

On August 21st 06:58 hrs. morning temp. was 82 degrees !!!!!!!

22:24 hrs. night time temp. was 83 degrees !!!!!!!!!!!!!!!!!!!!!!

On August 22nd the morning temp. was 81 degrees !!!!!!!!!!!!!

At noon time and night time the temp. was 86 degrees !!!!!!!!!!!

On August 23rd the morning temp. was 83 degrees !!!!!!!!!!!!!

At 15:29 hrs. the temp. was 87 degrees !!!!!!!!!!!!!!!!!!!!!!!!!

At 22:17 hrs. the temp. was 87 degrees !!!!!!!!!!!!!!!!!!!!!!!!!!

On August 24th 08:46 hrs. morning temp. was 84 degrees !!!!!!

13:27 hrs. Afternoon temp. was 87 degrees !!!!!!!!!!!!!!!!!!!!!

15.

On August 25th at 08:17 hrs. morning temp. was 85 degrees!!!

13:28 this afternoon temp. 89 degrees !!!!!!!!!!!

Heat index 102 degrees !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Mr. Larry Davis, Mr. Steven Davis and Vorncella Hooks,

by their un-professionalism and Ms. Marcia Fudge being their

national director, just gave Mr. Egbert LJ Perry and his overseer

Mr. John Dunnam the rope to **HANG** me with and get away with

**MURDERING** me without putting his hands on me!!!!

This is why my civil rights are being violated by Mr. John

Dunnam, He would not do this to a disable **WHITE MAN** !!!!

Also, I am filing this lawsuit so that if I **DIED** in this apartment

from a **HEAT STROKE** or a **MASSIVE HEART ATTACK**

my family will know what happen to me. It so sad that I had to

file a federal lawsuit just to get this **SLUMLORD** Mr. Egbert

LJ Perry to put a new A/C unit in my apartment, sir, I want you

16.

to know that if anything happen to me my **BLOOD** will follow you to your **GRAVE !!!!!**

This goes for you Ms. Marcia Fudge especially, because your are over the **"HUD/VASH"** nationwide and you sure do a better job taking care of **AMERICA VETERANS!!!** especially, the disable ones such as myself......................................................

Mr. Egbert LJ Perry and his racist overseer Mr. John Dunnam don't care nothing but the bottom line and based on the action and un-professional management team here at Park Place in Birmingham, Al. they just don't about care DISABLE VETERANS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Your honor, forgive me, but, I hope that you grant me this **MOTION FOR AN INJUNCTION** against all of the defendants, not to **EVICT** me because I was **FORCE** under duress to file this civil action. Judge, I feel that Mr John Dunnam

17.

will plot to have me evicted when he discover that I have file this lawsuit with the blessing of Mr. Egbert LJ Perry..........................

Your honor, Mr. John Dunnam, had me to sign my new lease in July, for the year of 2022. But, as of this filing he has not given me a copy of my lease, and that's why I am concern about him plotting to me evicted................................................................

For all the above stated reasons and named defendants, I Don Cash, am suing Ms. Marcia Fudge, Director of U.S. Department of Housing and Urban Development for five-million dollars, $ 5, 000,000.00... for having employees that falsified government documents and failing to Protect the Rights of the Homeless Veterans...........................................................

I am suing the President Mr. David Northern, Mr. Larry Davis, Ms. Vorncella Hooks and Mr. Steve Davis of Birmingham Housing Authority individually and collectively for sum of

18.

$ 2,000,000.00 individually and $ 6,000,000.00 collectively.......

Comes now, I am suing individually and collectively, for their

role in the violation of my constitutional and civil rights under

the **FAIR HOUSING ACT**......................................................

I am suing the parent company **INTEGRAL PROPERTY**

**MANAGEMENT LLC.** for $ 25, 000, 000.00- Twenty-Five

Million Dollars..............................................................

Mr. Egbert LJ Perry, and Mr. John Dunnam for $ 5,000.000.00

Five Million Dollars each......................................................

I hope and pray that this honorable court grant the plaintiff, relief

in the this civil action..........................................

Respectfully Submitted,

Don Cash

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the following by mailing a copy of same by 1st class U.S. mail, properly addressed and postage prepaid on the 25 day of August 2021

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (H.U.D.)
DIRECTOR- MARCIA FUDGE
451 7th Street S.W.
Washington, D.C. 20410

BIRMINGHAM  DISTRICT OF HOUSING AUTHORITY
President David Northern
1301 25th Ave. North
Birmingham, Al. 35204-1147

INTEGRAL PROPERTY MANAGEMENT LLC.
Mr. Egbert LJ Perry
191 Peachtree Street NE
Suite 4100
Atlanta, Ga. 30303